UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| PATRICIA MARTINEZ, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| KBR Inc., | § | |
| *d/b/a* KELLOGG BROWN & ROOT | § | |
| (KBR), INC., | § | EP-23-CV-00114-DCG |
| *a/k/a* KBR TECH SERVICES, INC., | § | |
| *a/k/a* KELLOGG BROWN & ROOT | § | |
| SERVICES INTERNATIONAL, INC., | § | |
| *a/k/a* KBR SERVICES | § | |
| INTERNATIONAL, INC., | § § | |
| *Defendant*. | § | |

## ORDER DISMISSING CASE

The Court previously stayed and administratively closed the above-captioned case pending arbitration. Stay Order, ECF No. 10. The parties have now filed a joint stipulation dismissing the case without prejudice. *See* Stipulation, ECF No. 11.

The Court accordingly **DISMISSES** the case **WITHOUT PREJUDICE**. Each party shall bear its own costs.

The Clerk of Court shall **CONVERT** this case's status from Stayed and Administratively Closed to **CLOSED**.

**So ORDERED and SIGNED this 2nd day of October 2023.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE